ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
California Bar Number 233634
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 12-10803 R (JCGx) |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT OF FORFEITURE |
| $26,829.00 IN U.S. CURRENCY | |
| Defendant. | |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on December 8, 2012.  Notice of this action has been given in the manner required by law.  The claims and answers of former claimants Jovon Clyde Smith and Nick Tripodis were stricken by this Court on June 24, 2013.  Further, no other potential claimants have filed a claim and answer or otherwise defended their interest, if any, in the defendant

$26,829.00 in U.S. currency ("defendant currency"). Therefore, the Court deems that all former and potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of all former and potential claimants, including Jovon Clyde Smith and Nick Tripodis, in and to the defendant currency is condemned and forfeited to the United States of America.

DATED: August 7, 2013

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


  / /
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America